**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **JAMES E. RUSSELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **TXTAG and REANNA RIVERA** | ) | **1:23-cv-01511** |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, Defendant Reanna Rivera ("Defendant")

files this Notice of Removal from Cause No. D-1-GN-23-003823, in the 201st District Court of

Travis County, Austin, Texas to the United States District Court for the Western District of Texas,

Austin Division, on the following grounds:

**I. PARTIES AND COUNSEL**

1.    Plaintiff James E. Russell is proceeding *pro se;* his contact information is:
James E. Russell
7320 S Glenn St
Austin, TX 78744
Telephone: (512) 917-8928
Email: eugerald05@yahoo.com

2.    Defendant Reanna Rivera is represented by:
Dakota Kanetzky
Texas Bar No. 24116599
PERKINS COIE LLP
405 Colorado St.
Suite 1700
Austin, TX 78701
Telephone: (737) 256-6100

3.    Defendant TXTAG has not been properly served in this matter.

164759564.1

## II.  STATEMENT OF THE CASE

4.       This action is removed from:

201st Judicial District Court of Travis County, Texas
1700 Guadalupe, 9th Floor
Austin, TX 78701

5.       Plaintiff has not requested a jury.

6.       Plaintiff James Russell ("Plaintiff") commenced an action styled *James Russell v. TXTAG and Reanna Rivera*, Cause No. D-1-GN-23-003823, in the District Court of the 201st Judicial District, Travis County, Texas, on July 21, 2023.

7.       Defendant was served with the complaint and summons on November 13, 2023. See the attached complaint and summons (attached hereto as **Exhibit 1**).

## III.  FEDERAL QUESTION JURISDICTION

7.       This Court has federal question jurisdiction over this action. 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States."). Plaintiff claims that Defendants violated federal statutes and regulations, namely the Families First Coronavirus Response Act, 29 U.S.C. § 2601, *et seq*. and OSHA Field sanitation regulation, 29 C.F.R. § 1928.110(c)(4) (Ex. 1 at 5–6).

8.       Because Plaintiff's claims arise under the laws of the United States, this Court has original jurisdiction over the action, making removal appropriate pursuant to 28 U.S.C. § 1441(a).

## IV.  VENUE

9.       As required by 289 U.S.C. §1441(a), the District Court of 201st Judicial District, Travis County, Texas, falls within the geographical purview of this Court.

## V.  TIMELINESS AND CONSENT

10.       The original petition was filed on July 21, 2023; Defendant was served with—and first received—the summons and petition on November 13, 2023.

11.    Thus, removal is timely because Defendant was served with, and first received the summons and petition not more than thirty (30) days before the filing of this Notice of Removal. 28 U.S.C. § 1446(b).

## VI.  NOTICE OF REMOVAL GIVEN TO STATE COURT

12.    Upon the filing of this Notice of Removal, Defendant also provides written notice of this removal with proof of service of same attached hereto to all parties. A copy of this Notice of Removal is also being filed with the District Clerk of Travis County, Texas, in which this case was pending prior to removal.

13.    Accordingly, Defendant hereby removes this case to this Court for trial and determination.

WHEREFORE, Defendant respectfully prays that Cause No. D-1-GN-23-003823 be removed to this Court and that this Court accept jurisdiction of this action. Defendant further prays that this Court place this action on its docket for further proceedings as though it has originated in this Court and that this Court issue all necessary orders.

164759564.1

- 4 -

Dated: December 13, 2023                    Respectfully submitted,

*/s/ Dakota Kanetzky*
Dakota Kanetzky
Texas Bar No. 24116599
DKanetzky@perkinscoie.com

**PERKINS COIE LLP**
405 Colorado St.
Suite 1700
Austin, TX 78701
Telephone: (737) 256-6100
Facsimile: (737) 256-6300

**ATTORNEYS FOR DEFENDANT
REANNA RIVERA**

164759564.1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all parties of record, via certified mail, return receipt requested, and e-mail, on December 13, 2023, as follows:

James Russell
7320 S Glenn St
Austin, TX 78744
Email: eugerald05@yahoo.com

*/s/ Dakota Kanetzky*
*One of Defendant's Attorneys*

164759564.1